# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:11-CV-403 |
| § | |
| **ZOOSK, INC.,** § | **JURY TRIAL DEMANDED** |
| § | |
| Defendant. § | |
| § | |

## DEFENDANT ZOOSK, INC.'S CORPORATE DISCLOSURE STATEMENT & CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Zoosk, Inc. ("Zoosk") states that it is a privately held company with no parent corporation and that no publicly held company owns 10% or more of its stock.

Further, pursuant to this Court's April 12, 2012 Order (Dkt. 26), Defendant Zoosk identifies the following entities that Zoosk currently understands are financially interested in the outcome of this litigation: (1) Defendant Zoosk and other defendants named in the complaints filed by Plaintiff and (2) Plaintiff.

Dated: April 27, 2012                                    FENWICK & WEST LLP

By: */s/ Hector J. Ribera*
    Hector J. Ribera
    CA Bar No. 221511 (Admitted E.D. Tex.)
    hribera@fenwick.com

Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone:         (650) 988-8500
Facsimile:         (650) 938-5200

Attorneys for Defendant
ZOOSK, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 27, 2012.  Any other counsel of record will be served by facsimile transmission and/or first class mail this 27th day of April, 2012.

                                                */s/ Hector J. Ribera*
                                                 Hector J. Ribera
                                                 Attorney for Zoosk, Inc.