# EXHIBIT C



# FY 2012 Per Diem Rates for Texas

**(October 2011 - September 2012)**

Cities not appearing below may be located within a county for which rates are listed.
To determine what county a city is located in, visit the National Association of Counties (NACO) website (a non-federal website).

| You searched for: **Texas** | | Max lodging by Month (excluding taxes) | | | | | | | | | | | | Meals & Inc. Exp.** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Primary Destination* (1) | County (2, 3) | 2011 | | | 2012 | | | | | | | | | |
| | | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | |
| Standard Rate | Applies for all locations without specified rates | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 46 |
| Arlington / Fort Worth / Grapevine | Tarrant County and City of Grapevine | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 56 |
| Austin | Travis | 108 | 108 | 108 | 108 | 108 | 108 | 108 | 108 | 108 | 108 | 108 | 108 | 71 |
| Beaumont | Jefferson | 79 | 79 | 79 | 79 | 79 | 79 | 79 | 79 | 79 | 79 | 79 | 79 | 51 |
| College Station | Brazos | 93 | 93 | 93 | 93 | 93 | 93 | 93 | 93 | 93 | 93 | 93 | 93 | 56 |
| Corpus Christi | Nueces | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 51 |
| Dallas | Dallas County | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 71 |
| El Paso | El Paso | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 51 |
| Galveston | Galveston | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 100 | 100 | 82 | 82 | 56 |
| Greenville | Hunt County | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 51 |
| Houston (L.B. Johnson Space Center) | Montgomery, Fort Bend and Harris | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 109 | 71 |
| Laredo | Webb | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 56 |
| McAllen | Hidalgo | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 56 |
| Midland | Midland | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 51 |
| Plano | Collin | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 61 |
| Round Rock | Williamson | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 51 |
| San Antonio | Bexar | 106 | 106 | 106 | 106 | 106 | 106 | 106 | 106 | 106 | 106 | 106 | 106 | 66 |
| South Padre Island | Cameron | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 106 | 106 | 86 | 86 | 56 |
| Waco | McLennan | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 51 |

*Last Reviewed 06/18/2012*



Home > Policy & Regulations > Travel, Transportation, & Relocation > Travel Management > Per Diem > Per Diem Rates >

# FY 2012 Per Diem Rates for California

**(October 2011 - September 2012)**

**SEARCH BY CITY, STATE OR ZIP CODE**
Enter your city  OR  Enter your ZIP Code  [FIND PER DIEM RATES]
California

Per Diem Map >

**ADDITIONAL PER DIEM TOPICS**
- Meals & Incidental Expenses Breakdown (M&IE)
- FAQs
- State Tax Exemption Forms
- Factors Influencing Lodging Rates
- FY 2012 Per Diem Highlights
- Fire Safe Hotels
- Have a Per diem Question?
- Downloadable Per Diem Files

Cities not appearing below may be located within a county for which rates are listed.
To determine what county a city is located in, visit the National Association of Counties (NACO) website (a non-federal website).

| You searched for: **California** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Primary Destination* (1)** | **County (2, 3)** | **Max lodging by Month (excluding taxes)** | | | | | | | | | | | **Meals & Inc. Exp.** |
| | | **2011** | | | **2012** | | | | | | | | |
| | | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | |
| Standard Rate | Applies for all locations without specified rates | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 46 |
| Antioch / Brentwood / Concord | Contra Costa | 101 | 101 | 101 | 101 | 101 | 101 | 101 | 101 | 101 | 101 | 101 | 101 | 66 |
| Barstow / Ontario / Victorville | San Bernardino | 96 | 96 | 96 | 96 | 96 | 96 | 96 | 96 | 96 | 96 | 96 | 96 | 56 |
| Benicia / Dixon / Fairfield | Solano | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 80 | 56 |
| Death Valley | Inyo | 91 | 91 | 91 | 91 | 91 | 91 | 91 | 91 | 91 | 91 | 91 | 91 | 46 |
| Eureka / Arcata / McKinleyville | Humboldt | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 96 | 96 | 96 | 83 | 61 |
| Fresno | Fresno | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 86 | 61 |
| Los Angeles | Los Angeles, Orange, Ventura, and Edwards AFB, less the city of Santa Monica | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 71 |
| Mammoth Lakes | Mono | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 114 | 61 |
| Mill Valley / San Rafael / Novato | Marin | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 113 | 56 |
| Modesto | Stanislaus | 81 | 81 | 81 | 81 | 81 | 81 | 81 | 81 | 81 | 81 | 81 | 81 | 51 |
| Monterey | Monterey | 134 | 134 | 134 | 134 | 134 | 134 | 134 | 134 | 149 | 149 | 134 | 134 | 71 |
| Napa | Napa | 147 | 147 | 117 | 117 | 117 | 117 | 147 | 147 | 147 | 147 | 147 | 147 | 66 |
| Oakhurst | Madera | 79 | 79 | 79 | 79 | 79 | 79 | 79 | 90 | 90 | 90 | 90 | 79 | 56 |
| Oakland | Alameda | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 61 |
| Palm Springs | Riverside | 99 | 99 | 99 | 115 | 115 | 115 | 115 | 115 | 82 | 82 | 82 | 99 | 71 |
| Point Arena / Gualala | Mendocino | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 66 |
| Redding | Shasta | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 61 |
| Sacramento | Sacramento | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 61 |
| San Diego | San Diego | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 71 |
| San Francisco | San Francisco | 184 | 155 | 155 | 155 | 155 | 155 | 155 | 155 | 155 | 155 | 155 | 184 | 71 |
| San Luis Obispo | San Luis Obispo | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 121 | 121 | 103 | 66 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| San Mateo / Foster City / Belmont | San Mateo | 111 | 111 | 111 | 111 | 111 | 111 | 111 | 111 | 111 | 111 | 111 | 111 | 61 |
| Santa Barbara | Santa Barbara | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 180 | 180 | 139 | 66 |
| Santa Cruz | Santa Cruz | 97 | 97 | 97 | 97 | 97 | 97 | 97 | 97 | 131 | 131 | 131 | 97 | 66 |
| Santa Monica | City limits of Santa Monica | 169 | 169 | 169 | 169 | 169 | 169 | 169 | 169 | 169 | 169 | 169 | 169 | 71 |
| Santa Rosa | Sonoma | 110 | 110 | 110 | 110 | 110 | 110 | 110 | 110 | 110 | 110 | 110 | 110 | 61 |
| South Lake Tahoe | El Dorado | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 118 | 71 |
| Sunnyvale / Palo Alto / San Jose | Santa Clara | 121 | 121 | 121 | 121 | 121 | 121 | 121 | 121 | 121 | 121 | 121 | 121 | 56 |
| Tahoe City | Placer | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 82 | 61 |
| Truckee | Nevada | 96 | 96 | 120 | 120 | 120 | 96 | 96 | 96 | 96 | 96 | 96 | 96 | 71 |
| Visalia / Lemoore | Tulare and Kings | 81 | 81 | 81 | 81 | 81 | 81 | 81 | 81 | 81 | 81 | 81 | 81 | 61 |
| West Sacramento | Yolo | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 51 |
| Yosemite National Park | Mariposa | 127 | 127 | 127 | 127 | 127 | 127 | 127 | 166 | 166 | 166 | 127 | | 71 |

* NOTE: Traveler reimbursement is based on the location of the work activities and not the accommodations.

** Meals and Incidental Expenses, see Breakdown of M&IE Expenses for important information on first and last days of travel.



**CONTACTS**

Additional Contacts for

- Travel Management Policy

**NEED MORE INFORMATION?**

- Rates for Alaska, Hawaii, U.S. Territories and Possessions (set by DoD)
- Rates in Foreign Countries (Set by State Dept.)
- Federal Travel Regulations (FTR)

**RELATED TOPICS**

- Travel Resources
- E-Gov Travel
- FedRooms
- POV Mileage Reimbursement Rates

*Last Reviewed 06/18/2012*

 Print   Email   Favorites   Twitter   Facebook   Share

Help | Sitemap | Accessibility Aids | Linking | Privacy and Security | Contact Us

Also of Interest:   Whitehouse.gov   Recovery.gov   Data.gov   USA.gov   Suggested Government Sites