# EXHIBIT D

**U.S. District Court -- Judicial Caseload Profile**

### CALIFORNIA NORTHERN

| | | | | 12-Month Periods Ending September 30 | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | U.S. | Circuit |
| **Overall Caseload Statistics** | | | Filings* | 8,683 | 7,970 | 7,295 | 7,576 | 7,424 | 7,733 | | |
| | | | Terminations | 6,983 | 6,777 | 7,402 | 7,403 | 8,640 | 8,290 | | |
| | | | Pending | 8,157 | 9,005 | 8,882 | 8,579 | 7,327 | 6,645 | | |
| | | | Percent Change in Total Filings Current Year Over Earlier Year | | | | | 4.2 | Over Last Year | 37 | 9 |
| | | | | -11.0 | -3.0 | 6.0 | 2.1 | Over Earlier Years | | 81 | 13 |
| | | | Number of Judgeships | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | | | Vacant Judgeship Months** | 0.0 | 0.0 | 5.9 | 22.0 | 33.9 | 18.7 | | |
| **Actions per Judgeship** | | Filings | Total | 620 | 569 | 521 | 541 | 530 | 553 | 25 | 7 |
| | | | Civil | 558 | 505 | 441 | 433 | 435 | 471 | 17 | 3 |
| | | | Criminal Felony | 37 | 33 | 42 | 64 | 52 | 49 | 70 | 12 |
| | | | Supervised Release Hearings | 25 | 31 | 38 | 44 | 43 | 33 | 30 | 10 |
| | | Pending Cases | | 583 | 643 | 634 | 613 | 523 | 475 | 29 | 6 |
| | | Weighted Filings** | | 621 | 624 | 592 | 607 | 593 | 631 | 16 | 5 |
| | | Terminations | | 499 | 484 | 529 | 529 | 617 | 592 | 16 | 5 |
| | | Trials Completed | | 8 | 8 | 6 | 6 | 12 | 17 | 64 | 9 |
| **Median Time (Months)** | | From Filing to Disposition | Criminal Felony | 11.2 | 12.4 | 11.2 | 6.9 | 8.7 | 9.5 | 52 | 10 |
| | | | Civil** | 7.4 | 6.7 | 7.7 | 9.4 | 9.8 | 8.0 | 28 | 5 |
| | | From Filing to Trial (Civil Only)** | | 25.0 | 24.9 | 30.0 | 24.5 | 21.5 | 34.3 | 70 | 8 |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old | | 528 | 393 | 488 | 1,220 | 837 | 516 | | |
| | | | | 7.3 | 4.7 | 6.0 | 15.7 | 12.8 | 8.8 | 70 | 10 |
| | | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.2 | 1.3 | 1.2 | 1.2 | 1.4 | | |
| | | Jurors | Average Present for Jury Selection | 59.1 | 53.8 | 64.1 | 77.5 | 62.1 | 64.5 | | |
| | | | Percent Not Selected or Challenged | 43.2 | 41.9 | 42.1 | 48.5 | 39.4 | 35.5 | | |

**For National Profile and Nature of Suit and Nature of Offense Classifications Shown Below Open the Fold-Out Page at the Back Cover**

| 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6,591 | 131 | 186 | 1,537 | 34 | 499 | 575 | 672 | 310 | 561 | 857 | 68 | 1,161 |
| Criminal* | 679 | 7 | 116 | 249 | 92 | 113 | 12 | 22 | 10 | 9 | 16 | 17 | 16 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

## U.S. District Court -- Judicial Caseload Profile

### TEXAS EASTERN

| | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Numerical Standing Within U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings* | 3,658 | 3,873 | 3,498 | 3,725 | 3,599 | 3,868 | | |
| | | Terminations | 3,623 | 3,572 | 3,679 | 3,455 | 3,345 | 3,672 | | |
| | | Pending | 3,079 | 3,352 | 3,179 | 3,445 | 3,701 | 3,907 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | | | | 7.5 | Over Last Year | 27 | 2 |
| | | | 5.7 | -0.1 | 10.6 | 3.8 | Over Earlier Years | | 46 | 4 |
| | | Number of Judgeships | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | | Vacant Judgeship Months** | 0.0 | 0.0 | 0.0 | 0.0 | 8.9 | 12.0 | | |
| **Actions per Judgeship** | Filings | Total | 457 | 484 | 437 | 466 | 451 | 483 | 37 | 4 |
| | | Civil | 375 | 403 | 358 | 399 | 374 | 414 | 27 | 2 |
| | | Criminal Felony | 82 | 81 | 79 | 67 | 76 | 69 | 41 | 3 |
| | | Supervised Release Hearings | 0 | 0 | 0 | 0 | 1 | 0 | - | - |
| | | Pending Cases | 385 | 419 | 397 | 431 | 463 | 488 | 25 | 3 |
| | | Weighted Filings** | 550 | 674 | 616 | 594 | 683 | 847 | 3 | 1 |
| | | Terminations | 453 | 447 | 460 | 432 | 418 | 459 | 40 | 5 |
| | | Trials Completed | 21 | 18 | 24 | 22 | 22 | 16 | 65 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.2 | 8.7 | 9.6 | 10.3 | 9.8 | 11.6 | 71 | 7 |
| | | Civil** | 9.0 | 9.0 | 9.2 | 10.8 | 9.6 | 8.6 | 42 | 4 |
| | From Filing to Trial (Civil Only)** | | 17.7 | 18.0 | 18.5 | 25.0 | 21.7 | 23.7 | 38 | 6 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old | | 80 | 41 | 76 | 116 | 141 | 166 | 48 | 6 |
| | | | 3.2 | 1.5 | 2.9 | 4.0 | 4.6 | 5.1 | | |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.8 | 1.9 | 2.0 | 2.0 | 2.0 | | |
| | Jurors | Average Present for Jury Selection | 36.9 | 40.3 | 34.5 | 40.5 | 42.7 | 38.9 | | |
| | | Percent Not Selected or Challenged | 30.1 | 35.5 | 36.7 | 38.7 | 38.0 | 30.8 | | |

For National Profile and Nature of Suit and Nature of Offense Classifications Shown Below Open the Fold-Out Page at the Back Cover

### 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,315 | 136 | 96 | 1,045 | 36 | 156 | 95 | 315 | 173 | 775 | 260 | 3 | 225 |
| Criminal* | 549 | 13 | 129 | 85 | 132 | 77 | 4 | 40 | 10 | 20 | 3 | 9 | 27 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."